U.S. District Court [LIVE]
Eastern District of TEXAS (Tyler)
CIVIL DOCKET FOR CASE #: 6:11−cv−00698−LED

Rachal et al v. USA  
Assigned to: Judge Leonard Davis  
Cause: 28:1346 Tort Claim  

Date Filed: 12/23/2011  
Date Terminated: 02/04/2013  
Jury Demand: None  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Natisha L Rachal**  represented by  **Aubrey Gregory**  
Gregorio Gregory Chafin &Johnson  
7600 Fern Ave  
Bldg. 700  
Shreveport, LA 71105  
318−865−8680  
Fax: 318−865−8565  
Email: ajgregory@ggp−law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Sam N Gregorio**  
Gregorio Gregory Chafin &Johnson  
7600 Fern Ave  
Bldg. 700  
Shreveport, LA 71105  
318−865−8680  
Fax: 318−865−8565  
Email: sgregorio@ggp−law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Roy S Payne**  
Gregorio Gregory &Payne  
7600 Fern Ave Building 700  
Shreveport, LA 71105  
318/865−8680  
Fax: 318/865−8565  
Email: rpayne@ggp−law.com  
*TERMINATED: 01/05/2012*  

**Plaintiff**

**Benjamin L Pate**  represented by  **Aubrey Gregory**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Sam N Gregorio**  
(See above for address)  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Roy S Payne**
(See above for address)
*TERMINATED: 01/05/2012*

**Plaintiff**

**Judith N. Pate**        represented by    **Aubrey Gregory**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sam N Gregorio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roy S Payne**
(See above for address)
*TERMINATED: 01/05/2012*

V.

**Defendant**

**USA**        represented by    **Thomas Edward Gibson**
US Attorney's Office – Tyler
110 N College
Suite 700
Tyler, TX 75702
903/590–1400
Fax: 9035901436
Email: tom.gibson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2011 | Ï 1 | COMPLAINT against USA ( Filing fee $ 350 receipt number 0540–3374907.), filed by Judith N. Pate, Benjamin L Pate, Natisha L Rachal. (Attachments: <br># 1 Civil Cover Sheet)(Payne, Roy) (Entered: 12/23/2011) |
| 12/23/2011 | Ï | Judge Leonard Davis added. (mll, ) (Entered: 12/27/2011) |
| 01/04/2012 | Ï 2 | MOTION to Withdraw as Attorney by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. (Attachments: <br># 1 Text of Proposed Order)(Payne, Roy) (Entered: 01/04/2012) |
| 01/05/2012 | Ï 3 | ORDER granting 2 Motion to Withdraw as Attorney. Attorney Roy S Payne terminated. Signed by Judge Leonard Davis on 01/05/12. cc:pltf 1–06–12 (mll, ) (Entered: 01/06/2012) |
| 02/22/2012 | Ï 4 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.***<br>MOTION to Substitute Attorney by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. (Attachments: |

| | | |
|---|---|---|
| | | #1 Proposed Order)(Gregorio, Sam) Modified on 2/24/2012 (mjc, ). (Entered: 02/22/2012) |
| 02/24/2012 | Ï 5 | Summons Issued as to USA, U.S. Attorney and U.S. Attorney General, and emailed to pltf for service. (mll, ) (Entered: 02/24/2012) |
| 02/24/2012 | Ï | NOTICE of Deficiency regarding the 4 Motion to Substitute submitted by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. Document is not in searchable pdf format and needs a corrected proposed order. Correction should be made by one business day. (mjc, ) (Entered: 02/24/2012) |
| 03/19/2012 | Ï 6 | Return of Service Executed as to USA on 2/28/2012, by cert mail on US Attorney, Tyler, Texas; answer due: 4/30/2012. (mll, ) (Entered: 03/23/2012) |
| 03/19/2012 | Ï 7 | Return of Service Executed as to USA on 3/2/2012, by cert mail on General Counsel, National Oceanic and Atmospheric Administration. (mll, ) (Entered: 03/23/2012) |
| 03/19/2012 | Ï 8 | Return of Service Executed as to USA on 3/2/2012, by cert mail on US Department of Agriculture, US Forest Service. (mll, ) (Entered: 03/23/2012) |
| 03/19/2012 | Ï 9 | Return of Service Executed as to USA on 3/5/2012, by cert mail on US Attorney General, Washington, DC. (mll, ) (Entered: 03/23/2012) |
| 04/30/2012 | Ï 10 | MOTION *to Transfer Venue* by USA. (Attachments:<br>#1 Exhibit 1: Map of WDAR by counties,<br>#2 Exhibit 2: Declaration of Renee Roberta Fair,<br>#3 Exhibit 3: Declaration of Bill Pell,<br>#4 Exhibit 4: Declaration of Tim Fincham,<br>#5 Exhibit 5: Map,<br>#6 Exhibit 6: Map,<br>#7 Exhibit 7: Map,<br>#8 Exhibit 8: Map,<br>#9 Exhibit 9: Map,<br>#10 Exhibit 10: Map,<br>#11 Exhibit 11: Roeder Case Documents,<br>#12 Exhibit 12: McMaster Case Documents,<br>#13 Exhibit 13: Moss Case Documents,<br>#14 Exhibit 14: Jez Case Documents,<br>#15 Exhibit 15: Johnston Case Documents,<br>#16 Exhibit 16: Smith Case Documents,<br>#17 Exhibit 17: Basinger Case Documents,<br>#18 Exhibit 18: Statistical Table,<br>#19 Text of Proposed Order)(Gibson, Thomas) (Entered: 04/30/2012) |
| 04/30/2012 | Ï 11 | Unopposed MOTION for Extension of Time to File Answer *(or otherwise respond)* by USA. (Attachments:<br>#1 Text of Proposed Order)(Gibson, Thomas) (Entered: 04/30/2012) |
| 05/01/2012 | Ï 12 | MOTION to Substitute Attorney by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. (Attachments:<br>#1 Text of Proposed Order)(Gregory, Aubrey) (Entered: 05/01/2012) |
| 05/02/2012 | Ï | NOTICE of Deficiency regarding the Motion to Substitute, entry 12 submitted. No certificate of conference. (gsg) (Entered: 05/02/2012) |
| 05/02/2012 | Ï 13 | First MOTION to Amend/Correct by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. (Attachments:<br>#1 Text of Proposed Order)(Gregorio, Sam) (Entered: 05/02/2012) |

| | | |
|---|---|---|
| 05/03/2012 | 14 | ORDER granting 13 Motion to Amend/Correct Docket. Attys Sam N. Gregorio and A. J. Gregory, Jr. both of Gregorio, Gregory, Chafin &Johnson shall be enrolled as counsel of record for plaintiffs in this matter. Signed by Judge Leonard Davis on 05/03/12. cc:attys 5−03−12 (mll, ) (Entered: 05/03/2012) |
| 05/04/2012 | 15 | ORDER granting 11 Motion for Extension of Time to Answer. The United States answer or other response to the complaint shall be due to be filed no later than 21 days after the entry of an order ruling on Defendants Motion to Transfer Venue. Signed by Judge Leonard Davis on 05/04/12. cc:attys 5−04−12 (mll, ) (Entered: 05/04/2012) |
| 05/17/2012 | 16 | Unopposed MOTION for Extension of Time to File Response/Reply as to 10 MOTION *to Transfer Venue* by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. (Attachments: # 1 Text of Proposed Order)(Gregorio, Sam) (Additional attachment(s) added on 5/18/2012: # 2 Corrected Proposed Order) (gsg, ). (Entered: 05/17/2012) |
| 05/23/2012 | 17 | ORDER granting 16 Unopposed Motion for Extension of Time to File Response. The Plaintiffs are granted a 14 day extension of time to file a response to the United States of America's 10 Motion to Transfer Venue. Signed by Judge Leonard Davis on 5/23/2012. (leh, ) (Entered: 05/23/2012) |
| 05/30/2012 | 18 | Unopposed MOTION for Extension of Time to File Response/Reply as to 10 MOTION *to Transfer Venue* by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. (Attachments: # 1 Text of Proposed Order)(Gregory, Aubrey) (Entered: 05/30/2012) |
| 05/31/2012 | 19 | ORDER granting 18 Motion for Extension of Time. Plaintiffs are granted a seven−day extension of time to file a response to Defendant United States of Americas Motion to Transfer Venue. Signed by Judge Leonard Davis on 05/31/12. cc:attys 5−31−12 (mll, ) (Entered: 05/31/2012) |
| 06/08/2012 | 20 | RESPONSE in Opposition re 10 MOTION *to Transfer Venue*, 18 Unopposed MOTION for Extension of Time to File Response/Reply as to 10 MOTION *to Transfer Venue*, 16 Unopposed MOTION for Extension of Time to File Response/Reply as to 10 MOTION *to Transfer Venue*Unopposed MOTION for Extension of Time to File Response/Reply as to 10 MOTION *to Transfer Venue filed by Benjamin L Pate, Judith N. Pate, Natisha L Rachal*. (Attachments: # 1 Affidavit Rachal Affidavit, # 2 Affidavit Pates Affidavit)(Gregory, Aubrey) (Additional attachment(s) added on 6/8/2012: # 3 Text of Proposed Order) (mjc, ). (Entered: 06/08/2012) |
| 06/08/2012 | 21 | ***FILED IN ERROR. PLEASE DISREGARD.*** AFFIDAVIT in Opposition re 10 MOTION *to Transfer Venue filed by Benjamin L Pate, Judith N. Pate, Natisha L Rachal*. (Gregory, Aubrey) Modified on 6/13/2012 (gsg). (Entered: 06/08/2012) |
| 06/08/2012 | 22 | ***FILED IN ERROR. PLEASE DISREGARD.*** AFFIDAVIT in Opposition re 10 MOTION *to Transfer Venue filed by Benjamin L Pate, Judith N. Pate, Natisha L Rachal*. (Attachments: # 1 letter)(Gregory, Aubrey) Modified on 6/13/2012 (gsg). (Entered: 06/08/2012) |
| 06/13/2012 |  | NOTICE of Deficiency regarding the Affadavits submitted, entries 21 and 22. No attorney signature, no certificates of service. Correction should be made by one business day. (gsg) (Entered: 06/13/2012) |
| 06/13/2012 | 23 | MOTION for Leave to File *Affidavits of Counsel* by Benjamin L Pate, Judith N. Pate, Natisha L Rachal. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order)(Gregory, Aubrey) (Entered: 06/13/2012) |
| 06/18/2012 | 24 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File *Reply Brief Related to Motion to Transfer Venue* by USA. (Attachments:<br># 1 Text of Proposed Order)(Gibson, Thomas) (Entered: 06/18/2012) |
| 06/18/2012 | 25 | RESPONSE to Motion re 23 MOTION for Leave to File *Affidavits of Counsel filed by USA*. (Gibson, Thomas) (Entered: 06/18/2012) |
| 06/19/2012 | 26 | ORDER granting 23 Motion for Leave to File Affidavits. Signed by Judge Leonard Davis on 06/19/12. cc:attys 6–20–12 (mll, ) (Entered: 06/20/2012) |
| 06/19/2012 | 27 | ORDER granting 24 Motion for Extension of Time. Defendant has to and including 6–25–2012, in which to file a reply brief to Plaintiffs Memorandum in Opposition to Defendants Motion to Transfer Venue. Signed by Judge Leonard Davis on 06/19/12. cc:attys 6–20–12 (mll, ) (Entered: 06/20/2012) |
| 06/25/2012 | 28 | Unopposed MOTION for Extension of Time to File Response/Reply *Brief Related to Motion to Transfer Venue* by USA. (Attachments:<br># 1 Text of Proposed Order)(Gibson, Thomas) (Entered: 06/25/2012) |
| 06/26/2012 | 29 | ORDER granting 28 Motion for Extension of Time to File Response/Reply re 10 MOTION *to Transfer Venue*; Replies due by 6/29/2012. Signed by Judge Leonard Davis on 06/26/12. cc:attys 6–26–12 (mll, ) (Entered: 06/26/2012) |
| 06/29/2012 | 30 | REPLY to Response to Motion re 10 MOTION *to Transfer Venue filed by USA*. (Gibson, Thomas) (Entered: 06/29/2012) |
| 08/22/2012 | 31 | Unopposed MOTION for Leave to File *Supplemental Brief Related to Motion to Transfer Venue* by USA. (Attachments:<br># 1 Text of Proposed Order)(Gibson, Thomas) (Entered: 08/22/2012) |
| 08/22/2012 | 32 | RESPONSE in Support re 10 MOTION *to Transfer Venue filed by USA*. (Attachments:<br># 1 Exhibit 1: Report and Recommendations in WDLA Smith Case,<br># 2 Exhibit 2: Report and Recommendations in WDLA Basinger Case)(Gibson, Thomas) (Entered: 08/22/2012) |
| 09/26/2012 | 33 | Unopposed MOTION for Leave to File *Second Supplemental Brief Related to Motion to Transfer Venue* by USA. (Attachments:<br># 1 Text of Proposed Order)(Gibson, Thomas) (Entered: 09/26/2012) |
| 09/26/2012 | 34 | REPLY to Response to Motion re 10 MOTION *to Transfer Venue filed by USA*. (Attachments:<br># 1 Exhibit 1: Transfer order in Smith Case,<br># 2 Exhibit 2: Transfer order in Basinger Case)(Gibson, Thomas) (Entered: 09/26/2012) |
| 10/01/2012 | 35 | ORDER granting 31 Motion for Leave to File Supplemental Brief. Signed by Judge Leonard Davis on 10/01/12. cc:attys 10–02–12 (mll, ) (Entered: 10/02/2012) |
| 10/01/2012 | 36 | ORDER granting 33 Motion for Leave to File Second Supplemental Brief. Signed by Judge Leonard Davis on 10/01/12. cc:attys 10–02–12 (mll, ) (Entered: 10/02/2012) |
| 12/06/2012 | 37 | NOTICE by Benjamin L Pate, Judith N. Pate, Natisha L Rachal *Notice of Readiness for Status Conference pursuant to Standing Order* (Gregorio, Sam) (Entered: 12/06/2012) |
| 01/11/2013 | 38 | MEMORANDUM OPINION AND ORDER granting 10 Motion to Transfer Venue. This case is TRANSFERRED to the Western District of Arkansas. Signed by Judge Leonard Davis on 01/11/13. cc:attys 1–14–13 (mll, ) (Entered: 01/14/2013) |
| 01/14/2013 |  | **This civil action will be transferred to the Western District of Arkansas on or after 2–04–2013 per Local Rule CV–83(b).** (mll, ) (Entered: 01/14/2013) |

| | | |
|---|---|---|
| 01/24/2013 | 39 | Unopposed MOTION for Extension of Time to File *Answer or Otherwise Defend* by USA. (Attachments: # 1 Text of Proposed Order)(Gibson, Thomas) (Entered: 01/24/2013) |
| 01/25/2013 | 40 | ORDER granting 39 Motion for Extension of Time. The deadline for the Defendant to answer, file a motion or otherwise respond to the complaint in this case is extended to the date that the case is transferred to the Western District of Arkansas. Signed by Judge Leonard Davis on 01/25/13. cc:attys 1−25−13 (mll, ) (Entered: 01/25/2013) |
| 02/04/2013 | | Interdistrict transfer to the Western District of Arkansas. (mll, ) (Entered: 02/04/2013) |