IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NATISHA L. RACHAL o/b/o
her minor son T.A.R. and
BENJAMIN AND JUDY PATE,
o/b/o their minor son B.L.P.                                                                                                    PLAINTIFFS

VS.                                               CASE NO. 13-CV-4018

UNITED STATES OF AMERICA                                                                                              DEFENDANT

## ORDER

Before the Court is Plaintiffs' Motion to Substitute Party.  ECF No. 65.  Benjamin and Judy Pate state that their son, Brady Lynn Pate ("B.L.P."), has reached the age of majority.  Accordingly, the Pates move the Court to substitute Brady Lynn Pate in his own right as a plaintiff in this case.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Brady Lynn Pate is substituted for Benjamin and Judy Pate as a plaintiff in this case.

**IT IS SO ORDERED**, this 7th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge