IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NATISHA L. RACHAL o/b/o
her minor son T.A. and
BRADY LYNN PATE                                                                    PLAINTIFFS

VS.                                    CASE NO. 13-CV-4018

UNITED STATES OF AMERICA                                                            DEFENDANT

## ORDER

Before the Court is a Motion to Substitute Party. ECF No. 67. Natisha L. Rachal states that her son, Troy Austin Rachal ("T.A."), has reached the age of majority. Accordingly, Rachal moves the Court to substitute Troy Austin Rachal in his own right as a plaintiff in this case. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Troy Austin Rachal is substituted for Natisha Rachal as a plaintiff in this case.

**IT IS SO ORDERED**, this 10th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge